**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD W. BINNS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES et al.,<br><br>　　　　　Defendants. | Case **No. LA CV 17-05624-VBF-SS**<br><br>**ORDER Adopting Report & Recommendation;**<br><br>**Dismissing Action With Prejudice;**<br><br>**Directing a Separate Judgment** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records herein, the Report and Recommendation ("R&R"), and the applicable law. The time for objecting to the R&R has passed and no objections have been received. Finding no error in the R&R, **the Court hereby DISMISSES this action with prejudice as recommended. Final judgment will be a separate document.** The Clerk shall TERMINATE this case **(JS-6)**.

　　　**IT IS SO ORDERED.**

DATED:　March 23, 2018

　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　Hon. Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　Senior U.S. District Judge