JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD W. BINNS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES et al.,<br><br>　　　　　Defendants. | **Case No. LA CV 17-05624-VBF-SS**<br><br>**FINAL JUDGMENT** |

Final judgment is hereby entered in favor of all the defendants and against plaintiff Edward W. Binns.

IT IS SO ADJUDGED.

Dated: March 23, 2018　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　Hon. Valerie Baker Fairbank
　　　　　　　　　　　　　　　Senior U.S. District Judge